UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4240 DSF (FFMx) | | Date | September 4, 2008 |
|---|---|---|---|---|
| Title | JOAQUIN GALDAMEZ v. SCHWAN'S CONSUMER BRANDS, NORTH AMERICA, INC., et al. | | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| J. Muñoz | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |

**Proceedings:** (IN CHAMBERS) DEFENDANT'S EX PARTE APPLICATION FOR PROTECTIVE ORDER

The Court has not received a copy of defendant's "Ex Parte Application for Protective Order" filed on August 13, 2008. Pursuant to General Order 08-02 "Courtesy copies of all electronically filed documents must be delivered to the chambers of the assigned judge no later than 12:00 noon the following business day."

Defendant is ordered to show cause within one week of today's date why the ex parte application should not be denied for failure to comply with General Order 08-02.

IT IS SO ORDERED

                                                                                   :
Initials of Preparer          JM